

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2018

No. 04-18-00509-CV

**TITLE SOURCE, INC.**,
Appellant

v.

**HOUSECANARY INC.**, formerly known as Canary Analytics, Inc.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-06300
Honorable David A. Canales, Judge Presiding

## O R D E R

The clerk's notification of late record is hereby GRANTED. Time is extended to August 13, 2018.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court